UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                     :

AGINA,

                                                                     :      PROPOSED ORDER
                  Plaintiff,                             :      TO TAKE THE DEPOSITION OF
                                                                     :      INCARCERATED INDIVIDUAL

      -against -                                  :      23 Civ. 1209 (CS)(JCM)

ROOKWOOD, et al,                                     :

                  Defendants.                       :
-------------------------------------------------------------x

It is ordered that counsel from the State of New York, Office of the Attorney General, may take the deposition of incarcerated individual Alaa Agina at the Rikers Island Facility or any facility where he is currently housed at a date to be agreed upon either in person or by remote means. Plaintiff's counsel also may attend in person or by remote means.

Dated:  White Plains, New York
         December  1 , 2023

                                                  So Ordered:

                                                  _____
                                                CATHY SEIBEL
                                                United States District Judge