UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALAA AGINA,

      Plaintiff,

 -against -

ROOKWOOD, et al,

      Defendants.
-------------------------------------------------------------x

**PROPOSED ORDER TO TAKE THE DEPOSITION OF INCARCERATED INDIVIDUAL**

23 Civ. 1209 (CS)(JCM)

It is ordered that counsel from the State of New York, Office of the Attorney General, may take the deposition of incarcerated individual Alaa Agina (B&C no.: 8852200032) at the Rikers Island Facility or any facility where he is currently housed on January 30, 2024 at 10:00 a.m. and continuing that day until its completion, by stenographic means. In attendance will be Amy Agnew, Joshua Morrison, Jedediah Harben, Owen Crowley, and a court reporter from Veritext Legal Solutions who will be assigned at a later date prior to the deposition and who will be utilizing stenographic equipment that may also include a laptop computer.

Dated: White Plains, New York
   January 10, 2024

           So Ordered:

           *Cathy Seibel*
           _____
           CATHY SEIBEL
           United States District Judge