UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Agina,

                Plaintiff(s),

           **SCHEDULING ORDER**

    -against-

           7:23-CV-01209 (CS)

Rookwood et al

                Defendant(s).
-------------------------------------------------------X

<u>Seibel, J.</u>

The Court's AT&T teleconferencing line has been discontinued as of November 30, 2024 and replaced with the Cisco Webex platform. Therefore, counsel and applicable parties shall call the following number at the time of scheduled conference:

    **<u>Toll-Free Number</u>: (855) 244 – 8681**

    **<u>Access Code</u>: 1809850784#**

In *pro se* inmate cases, counsel shall make the necessary arrangements in advance of the scheduled proceeding to ensure that the *pro se* party is available to appear telephonically utilizing the above-referenced number.

Dated: December 9, 2024
       White Plains, New York

                              **SO ORDERED.**

                              */s/ Cathy Seibel*
                             _____
                              Cathy Seibel, U.S.D.J.

**SO ORDERED.**

Dated:

    White Plains, New York

                                                                                      Cathy Seibel, U.S.D.J.